IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN DOE AND JANE DOE | : | CIVIL ACTION |
| v. | : | |
| UNITED BEHAVIORAL HEALTH | : | NO. 10-5192 |

## ORDER

**AND NOW**, this 10th day of December, 2010, upon consideration of Defendant's Motion for Reconsideration (Docket No. 5) and all documents filed in connection therewith, **IT IS HEREBY ORDERED** that the Motion is **DENIED**.

BY THE COURT:

/s/ John R. Padova
_____
John R. Padova, J.